THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD PERALES, Appellant, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, Respondent. [893 NYS2d 913]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered October 10, 2008 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.